UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COBALT IDENTITY SYSTEMS, INC.,

Plaintiff(s),

26 cv 4231 (PKC)

-against-

ORDER

VAISHNAVI RAMAN,

Defendant(s).

CASTEL, U.S.D.J.

Defendant may file its motion to dismiss by September 21, plaintiffs may respond by October 13, and defendant may reply by October 23. Discovery is stayed pending the hearing and determination of the motion.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
August 19, 2026