ARCHER & GREINER PC
ATTORNEYS AT LAW

**Patrick Papalia**
*Member of New Jersey, New York and Washington DC Bars*
*Certified by the Supreme Court of New Jersey as a Civil Trial Attorney*
ppapalia@archerlaw.com
201-498-8504 Direct
201-342-6611 Direct Fax

Archer & Greiner, P.C.
1211 Avenue of the Americas, Suite 2750
New York, NY 10036
212-682-4940 Main
856-795-0574 Fax
www.archerlaw.com

September 8, 2026

**VIA ECF**

Hon. P. Kevin Castel, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Joint Adjournment Request – Tentative Settlement**

***Cobalt Identity Systems, Inc. v. Vaishnavi Raman***
**Case No. 1:26-cv-04231 (PKC)**

Dear Judge Castel:

This firm represents Defendant Vaishnavi Raman ("Vaish") in the above-referenced matter and is written jointly with counsel for Plaintiff. On September 8, 2026, the parties attended court-ordered mediation. During that mediation, the parties reached a tentative global settlement with certain terms that still need to be negotiated and completed that will dispose of this action.

As a result, the parties jointly request a 30 day adjournment of all outstanding dates. In this case, they consist of Defendant's September 24, 2026 deadline to file its Motion to Dismiss, and the subsequent briefing schedule. [The new deadline for Defendant to file her Motion to Dismiss would be October 24, 2026. Since that would be a Saturday, the parties request for the deadline to be adjourned to Monday, October 26, 2026, with all other dates (opposition, replies, oral argument) to be similarly adjourned for 30 days.]

Respectfully submitted,
*Patrick Papalia*
Patrick Papalia
Christian A. Stueben

232679178 v1

Application to extend time of briefing of proposed motion to dismiss is granted. SO ORDERED
USDJ
9-9-26